UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY FLOURNOY, JR., P00154293,<br><br>Plaintiff,<br><br>v.<br><br>MARIN COUNTY, et al.,<br><br>Defendant(s). | Case No. 22-cv-06241-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On March 1, 2023, the court dismissed plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 with leave to amend to set forth specific facts regarding the allegedly retaliatory actions by Deputy Sheriff Medalie on October 4 and 7, 2022 sufficient to state a claim of First Amendment retaliation, if possible.  The court also warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days] will result in the dismissal of this action." ECF No. 10 at 5.

More than 42 days later, plaintiff has neither filed an amended complaint nor sought an extension of time to do so.  This action accordingly is DISMISSED without prejudice.

The clerk is directed to close the case and terminate all pending motions as moot.

**T IS SO ORDERED**.

Dated: April 13, 2023

_____
CHARLES R. BREYER
United States District Judge